## EX PARTE GEORGE DOUGLASS.

### No. 4405. Decided February 28, 1917.

**Habeas Corpus—Bail—Practice on Appeal.**

Where, upon appeal from a habeas corpus proceeding denying bail, the testimony showed that appellant was entitled thereto, the same is accordingly granted.

Appeal from the District Court of Knox. Tried below before the Hon. J. H. Milam.

Appeal from a habeas corpus proceeding denying bail.

The opinion states the case.

*J. M. Hawkins,* for appellant.—Cited: Ex parte Dooley, 74 Texas Crim. Rep., 650; Ex parte Firmin, 60 Texas Crim. Rep., 368; Ex parte Locklin, 72 S. W. Rep., 585.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant, under habeas corpus proceedings, was denied bail under a charge of killing J. J. Mitchell. Upon trial the court denied bail, and appellant prosecutes this appeal.

Without reviewing the facts or going into the details of the testimony, we are of opinion that the court was in error and that the appellant was entitled to bail and fix that amount at $7500.

Upon the giving of bond as required by law in said amount, relator will be discharged from custody.

*Bail granted.*